# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INDYMAC BANK, F.S.B., | ) |
| Plaintiff, | ) |
| v. | ) 2:07-cv-00405-PMP-LRL |
| | ) **O R D E R** |
| SILVER STATE FINANCIAL SERVICES, INC., et al., | ) |
| Defendants. | ) |

    Before the court is Woods Erickson Whitaker & Maurice LLP's Motion to Withdraw as Counsel (#27). For good cause shown,

    IT IS ORDERED that the motion (#27) is granted.

    Defendant Silver State Financial Services is advised that a corporation may appear in federal court *only through licensed counsel*. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993). Default against a corporation, or dismissal of its claims, is a permissible sanction for its failure to comply with the requirement that it be represented by counsel. *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). *See also Salman v. Newell*, 110 Nev. 1333 (1994).

    IT IS THEREFORE FURTHER ORDERED that defendant Silver State Financial Services shall retain new counsel without delay, and shall, not later than **November 16, 2007**, file a memorandum

. . .

. . .

. . .

. . .

identifying its new counsel or explaining why it has not retained new counsel.  <u>A courtresy copy of the memorandum shall be faxed to chambers (702-464-5541) when the original is filed</u>.

DATED this 25th day of October, 2007.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**